UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O2MICRO, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>YUNGFENG LI, et al.,<br><br>    Defendants. | Case No.  14-cv-04478-EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On October 6, 2014, Plaintiff O2Micro, a California company, filed this complaint for copyright infringement, computer fraud and abuse, breach of contract, conversion, trespass, and related claims brought against two former employees and their subsequent employer for theft of trade secret source code.  All of the Defendants are residents of China. For approximately one year, Plaintiff has been attempting to serve the Defendants.  Plaintiff has represented to the Court on multiple occasions that service of process would be completed shortly, and this Court has continued the initial case management accordingly.  In Plaintiff's most recent case management statement, Plaintiff states that service of process should be completed by "the middle of January." The Court is concerned about the continued delays in service of process, but will allow an additional continuance of the case management conference, until February 9, 2016 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 4, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge